# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

BRUCE PACKAGING, INC., individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

HELPFULCARD, LLC., a Delaware limited liability company,

Defendant(s).

Case No. 15 C 9096
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $        ,

   which ☐ includes    pre–judgment interest.
         ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of plaintiff and against defendant in the amount of $6,070.15.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Matthew F. Kennelly on a motion for default judgment.

Date: 12/14/2015                    Thomas G. Bruton, Clerk of Court

                                    Pamela J. Geringer , Deputy Clerk